**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS:
MCALLEN DIVISION**

| | |
|---|---|
| LIDIA MARICRUZ SAUCEDO RODRIGUEZ | §<br>§<br>§ |
| V. | §<br>§   CIVIL ACTION NO. 7:18-CV-00022 |
| | § |
| MERCED ARELLANO AVALOS and VALLEY BULLS ENERGY, LLC | §<br>§<br>§<br>§ |

---

### JOINT MOTION TO DISMISS

---

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COME NOW,** Plaintiff, **LIDIA MARICRUZ SAUCEDO RODRIGUEZ,** and Defendants, **MERCED ARELLANO AVALOS** and **VALLEY BULLS ENERGY, LLC,** by and through their attorneys, and file this Joint Motion to Dismiss, and in support thereof would show as follows:

I.

The parties to this litigation announce that this matter has been compromised and settled. Accordingly, the parties hereby move that the Court enter an order dismissing with prejudice the claims of Plaintiff, **LIDIA MARICRUZ SAUCEDO RODRIGUEZ,** against Defendants, **MERCED ARELLANO AVALOS** and **VALLEY BULLS ENERGY, LLC.**

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff, **LIDIA MARICRUZ SAUCEDO RODRIGUEZ,** and Defendants, **MERCED ARELLANO AVALOS** and **VALLEY BULLS ENERGY, LLC,** hereby request that the Court consider this Joint Motion to Dismiss, and order that this case be dismissed **with prejudice**; order costs be borne by the party incurring same; and grant the parties such other and further relief to which they may show themselves justly entitled.

62483:10390224

Respectfully submitted,

STERN LAW GROUP

By:

Richard Jason Nava
State Bar No. 24083552
E-Mail: jnava@stern-lawgroup.com
Joseph Malouf
State Bar No. 12888027
E-Mail: jmalouf@stern-lawgroup.com
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401
(713) 661-9900 (Telephone)
(713) 666-5911 (Facsimile)
**ATTORNEYS FOR PLAINTIFF**
**LIDIA MARICRUZ SAUCEDO RODRIGUEZ**


ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By:___ /s/ James H. Hunter, Jr._____
James H. Hunter, Jr.
Attorney-in-Charge
State Bar No. 00784311
Fed. ID No. 15703
E-Mail: jim.hunter@roystonlaw.com
55 Cove Circle
Brownsville, Texas 78520
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)
**ATTORNEYS FOR DEFENDANTS,**
**MERCED ARELLANO AVALOS AND VALLEY**
**BULLS ENERGY, LLC.**

Of Counsel:

Shauna A. Lozano
Texas State Bar No. 24106229
Fed. Bar No. 3151244
Email: Shauna.lozano@roystonlaw.com
**ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP**
55 Cove Circle
Brownsville, TX 78521
(956) 542-4377 (Telephone)
(956) 542-4370 (Facsimile)

62483:10390224

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true and correct copy of the above and foregoing document was filed electronically and forwarded *via the CM/ECF Filing System, facsimile, Regular U.S. Mail, certified mail, return receipt requested and/or E-Mail* to all known counsel of record on this 1st day of February   2019, as follows:

Richard Jason Nava
Joseph Malouf
Stern Law Group
4909 Bissonnet St., Suite 100
Bellaire, Texas 77401

/s/  James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, L.L.P.
