UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LIDIA MARICRUZ SAUCEDO RODRIGUEZ, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:18-CV-22 |
| § | |
| MERCED ARELLANO AVALOS, *et al*, § § | |
| Defendants. § | |

## ORDER GRANTING JOINT MOTION TO DISMISS

Upon consideration of the Joint Motion to Dismiss filed by Plaintiff Lidia Maricruz Saucedo Rodriguez and Defendants Merced Arellano Avalos and Valley Bulls Energy, LLC (Dkt. No. 26), the Court hereby **ORDERS** that the Motion is **GRANTED**. It is therefore **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED** with prejudice, with costs to be borne by the party incurring same.

SO ORDERED this 1st day of February, 2019, at McAllen, Texas.

_____
Randy Crane
United States District Judge